[No. 72934-9-I. Division One. August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM RICHARD RODGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 12-1-00555-8, John M. Meyer, J., entered January 5, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach and Spearman, JJ.

[No. 72953-5-I. Division One. August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH D. STRANGE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-01169-1, Linda C. Krese, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Appelwick and Schindler, JJ.

[No. 73052-5-I. Division One. August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH MAURICE SUTTON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-02720-6, Bill Bowman, J., entered January 28, 2015. *Affirmed* by unpublished opinion per Trickey, A.C.J., concurred in by Becker and Dwyer, JJ.

[No. 73093-2-I. Division One. August 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GEOVANNI HERRERA-PELAYO, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 13-1-00973-0, Susan K. Cook, J., entered January 22, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Becker, J.